**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| CARLOS A. PEREIRA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 1:26-cv-13254 |
| v. | ) | |
| | ) | |
| CAPITAL ONE, N.A., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

Defendant Capital One, N.A. ("Capital One"), by counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this action, currently pending in the Woburn District Court, Woburn, Massachusetts, and states as follows:

## Background

1. On or about June 3, 2026, Plaintiff Carlos Pereira filed his Complaint against Capital One in the Woburn District Court, Woburn, Massachusetts, asserting claims for violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 *et seq*. (Copies of the Notice of Small Claim Trial and Complaint are collectively attached as Exhibit 1.)

2. The Notice of Small Claim Trial and Complaint constitute "all process, pleadings, and orders served upon" Capital One in this case. 28 U.S.C. § 1446(a). (A copy of the state court docket is attached as Exhibit 2.)

## Timeliness of Removal

3. Capital One received notice of this action through service of the Notice of Small Claim Trial and Complaint on or about June 16, 2026. Therefore, this Notice of Removal is timely under 28 U.S.C. § 1446(b), because less than 30 days have passed since Capital One received, "through service or otherwise, a copy of the initial pleading setting

forth the claim for relief upon which such action or proceeding is based." *See* 28 U.S.C. § 1446(b)(1).

**Removal Jurisdiction**

4. This action is properly removable under 28 U.S.C. § 1441 because this Court has original jurisdiction under 28 U.S.C. § 1331, which provides in pertinent part that: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

5. Specifically, Plaintiff alleges that Capital One violated the FCRA by reporting inaccurate information to the credit reporting agencies and by failing to conduct a reasonable investigation "after receiving multiple disputes and supporting documentation regarding information furnished to consumer reporting agencies." Further, Plaintiff alleges that despite "receiving detailed explanations, identification, proof of address, and supporting evidence," Capital One "failed to adequately review relevant information provided and failed to correct, delete, or modify information that was disputed and challenged." Moreover, as a result of these alleged violations of the FCRA, Plaintiff allegedly "suffered damage to [his] credit profile, loss of financial opportunities, and incurred substantial time and expense attempting to correct the reporting." Hence, this is a civil action "arising under the Constitution, laws, or treaties of the United States" pursuant to Section 1331, and removal is appropriate pursuant to Sections 1441 and 1446.

6. Removal to this Court is proper as the United States District Court for the District of Massachusetts embraces the Woburn District Court, Woburn, Massachusetts, where the state court action was filed.

**Notice to State Court**

7. Pursuant to 28 U.S.C. § 1446(d), Capital One is promptly providing written notice of its removal to Plaintiff and will promptly file a copy of this Notice of Removal with the Clerk of the Woburn District Court, Woburn, Massachusetts.

WHEREFORE, Capital One, N.A. respectfully requests that this action be removed from the Woburn District Court, Woburn, Massachusetts, to this Court.

Respectfully submitted,

CAPITAL ONE, N.A.

By: /s/ Nathaniel Spilman
One of its attorneys

Nathaniel Spilman
Pilgrim Christakis LLP
One South Dearborn, Suite 1420
Chicago, Illinois 60603
Ph.: (312) 379-8547
Fax: (312) 939-0983
nspilman@pilgrimchristakis.com

**CERTIFICATE OF SERVICE**

Nathaniel Spilman, an attorney, certifies that on July 15, 2026, he electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, and sent the same via U.S. Mail to the following:

Carlos A. Pereira
409 Pearl Street
Reading, MA 01867

/s/ Nathaniel Spilman