# EXHIBIT 2

# 2653SC000980 Pereira, Carlos A v. Capital One, N.A.

- Case Type:
- Small Claims
- Case Status:
- Open
- File Date
- 06/03/2026
- DCM Track:
-
- Initiating Action:
- Small Claims $500 or less
- Status Date:
- 06/03/2026
- Case Judge:
-
- Next Event:
- 02/22/2027

All Information | Party | Event | Docket | Disposition

## Party Information

**Pereira, Carlos A**
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Pro Se
- Bar Code
- PROPER
- Address
- Phone Number
-

More Party Information

**Capital One, N.A.**
- Defendant

**Alias**

**Party Attorney**

More Party Information

## Events

| Date | Session | Location | Type | Result |
|---|---|---|---|---|
| 02/22/2027 10:00 AM | Wait in Corridor until Session is Announced | | Magistrate Trial - Small Claims | |

## Docket Information

| Docket Date | *Docket Text* | Amount Owed | File Ref Nbr. | *Image Avail.* |
|---|---|---|---|---|
| 06/03/2026 | Statement of Small Claims entered through e-file process. | | | |
| 06/09/2026 | Small Claims Magistrate Trial scheduled and notices sent to parties.<br>Event: Magistrate Trial - Small Claims<br>Date: 02/22/2027 Time: 10:00 AM | | | |

## Case Disposition

| Disposition | Date |
|---|---|
| Pending | |

| **Disposition** | **Date** |
| --- | --- |
| | |

Please be informed that due to planned maintenance, MassCourts.org will be unavailable between Thursday, July 16th from 6:30 PM to 11:30 PM. Case information and ePay will be unavailable during this time. ✖